UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-16, <br><br> Defendants. | Civil Action No. 16-cv-1351 <br><br> [PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY |

This matter comes before the Court on Plaintiff's *Ex Parte* Motion for Expedited Discovery. Because plaintiff cannot identify the Doe defendants without taking discovery from Internet service providers regarding each Defendant's IP address, Plaintiff's motion is GRANTED.

Plaintiff may initiate discovery, including the issuance of subpoenas under Fed. R. Civ. P. 45 on Internet service providers ("ISP") seeking information sufficient to identify each Doe Defendant, including his or her name, telephone number, address and email address. An ISP served with a subpoena authorized by this Order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena. The ISP shall provide Plaintiff with the date(s) when such notice was provided to any affected subscriber(s). The ISP and/or any affected subscriber(s) shall have thirty (30)

[PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY - 1
Civil Action No. 16-cv-1351
INIP-6-0052P02 ORDExpDisc

LOWE GRAHAM JONES<sub>PLLC</sub>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

days from the date of service of the subpoena on the ISP to object to the subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(B). The ISP shall not disclose Defendants' identifying information during the 30-day period or if a timely objection is served unless and until the Court orders it to do so. If an objection is served, the ISP shall preserve any material responsive to the subpoena for a period of no less than ninety (90) days in order to allow Plaintiff to move for an order compelling production under Fed. R. Civ. P. 45(d)(2)(B)(i). If no objection is served, the ISP shall comply with the subpoena within ten (10) days.

Plaintiff shall provide a copy of this Order with each subpoena issued pursuant thereto.

DATED this ___ day of _____ 2016.

_____
United States District Court Judge

Presented by:

s/David A. Lowe, WSBA No. 24,453
   Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Criminal Productions, Inc.

[PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY - 2
Civil Action No. 16-cv-1351
INIP-6-0052P02 ORDExpDisc

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301