Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Civil Action No. 16-cv-1351RAJ |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE OF DOE 12 |
| v. | |
| DOES 1-16, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant Doe 12 agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Criminal* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301 | s/Benjamin Justus, WSBA No. 38,855<br>brj@lybeckmurphy.com<br>LYBECK PEDREIRA & JUSTUS<sup>PLLC</sup><br>7900 SE 28th St., Fifth Floor<br>Mercer Island, WA 98040<br>T: 206.230.4255<br>F: 206.230.7791 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATION OF DISMISSAL
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P04 SDMISS - Doe 12

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301