**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-984-029**

**Effective Date of Registration:**
April 15, 2016

## Title

**Title of Work:**  Criminal

**Nature of Claim:**  Motion Picture

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  April 07, 2016
**Nation of 1st Publication:**  Israel
**Preregistration:**  PRE000008521

## Author

- **Author:**  Criminal Productions Inc.
  **Author Created:**  Entire Motion Picture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States
  **Anonymous:**  No
  **Pseudonymous:**  No

## Copyright Claimant

**Copyright Claimant:**  Criminal Productions Inc.
318 N. Carson Street #208, Carson City, NV, 89701

## Limitation of copyright claim

**Material excluded from this claim:**  Criminal Motion Picture Screenplay - PAu 3-772-954 - Registered July 31 2014
**Previously registered:**  Yes
**Basis of current registration:**  This is the first published edition of a work prev. registered as unpublished.

**New material included in claim:**  All other cinematographic material  additional new footage, production as a
motion picture, editing, photography, dialogue, music, special effects

## Certification

**Name:**  Michael A. Hierl
**Date:**  April 14, 2016

**Correspondence:**   Yes



# EXHIBIT B

**EXHIBIT B**

Criminal Productions, Inc.
v.
Does 1-16

| No | IP Address | Port | HitDate UTC (mm/dd/yy) | File Name | File Hash | Jurisdiction |
|---|---|---|---|---|---|---|
| 1 | 73.140.130.166 | 12074 | 2016-08-21 01:08:53 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 2 | 71.197.151.118 | 52417 | 2016-08-17 14:35:54 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 3 | 73.140.120.225 | 53255 | 2016-08-16 04:00:36 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 4 | 24.19.4.10 | 31182 | 2016-08-13 05:52:00 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 5 | 67.160.14.35 | 44822 | 2016-08-12 18:19:29 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 6 | 67.183.139.249 | 49436 | 2016-08-12 04:58:01 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 7 | 73.157.55.251 | 50941 | 2016-08-05 16:34:12 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 8 | 67.160.180.186 | 53798 | 2016-08-04 06:12:18 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 9 | 67.183.59.207 | 54550 | 2016-08-04 05:35:38 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 10 | 73.11.42.17 | 6881 | 2016-08-03 00:47:37 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 11 | 73.181.140.104 | 56430 | 2016-07-31 01:36:20 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 12 | 73.239.196.7 | 10556 | 2016-07-29 09:40:38 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 13 | 73.221.150.75 | 59565 | 2016-07-26 05:28:00 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 14 | 24.17.68.23 | 63905 | 2016-07-25 21:00:22 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 15 | 73.53.104.244 | 21356 | 2016-07-25 01:49:28 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |
| 16 | 71.227.175.136 | 29352 | 2016-07-24 18:17:51 | Criminal 2016 1080p BluRay x264 DTS-JYK | SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21 | WAWD |