UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | No. 2:16-cv-01351 |
| Plaintiff, | NOTICE OF APPEARANCE OF BENJAMIN JUSTUS |
| v. | |
| OSAMU MOTOBA, et al, | |
| Defendants. | |

TO:     CLERK OF COURT

Please take notice that Benjamin Justus hereby appears as attorney of record for Haylee Park in the above captioned action.  This appearance is made without waiving any objections or defenses, including but not limited to improper service, lack of jurisdiction, or statute of limitations.

Please serve all further pleadings and papers, exclusive of original service of process, on Benjamin Justus as follows:

Benjamin Justus
Lybeck Pedreira & Justus, PLLC
Fifth Floor Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
206-230-4255
ben@lpjustus.com

NOTICE OF APPEARANCE  - 1

No. 2:16-cv-01351

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791

| | |
|---|---|
| 1 | Dated: December 8, 2016 |
| 2 | LYBECK PEDREIRA & JUSTUS, PLLC |
| 3 | By: */s/ Benjamin Justus* |
| 4 | Benjamin Justus (#38855) |
| | Attorneys for Defendant Haylee Park |
| 5 | Chase Bank Building |
| | 7900 SE 28th St., Fifth Floor |
| 6 | Mercer Island, WA 98040 |
| 7 | 206.230.4255 /ph  206.230.7791 /fax |
| | ben@lpjustus.com / email Justus |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE - 2

No. 2:16-cv-01351