Honorable Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

CRIMINAL PRODUCTIONS, INC.,

9

Plaintiff,

10

11

v.

12

OSAMU MOTOBA, an individual;
SARAH LARSON, an individual;

13

HAIJING HONG, an individual;
LISA SCHEXNAYDER, an individual;

14

OLASUNKANMI OLADEJI, an individual;
HAYLEE PARK, an individual;

15

KENDALL CATTERLIN, an individual;

16

ADAM WINTER, an individual;
DARYL HAM, an individual;

17

DAVE CUMMINS, an individual;
ARNEL GONZALOVO, an individual; and

18

LIAM MCDONALD, an individual,

19

Defendants.

20

Civil Action No. 16-cv-1351RAJ

VOLUNTARY DISMISSAL WITH
PREJUDICE OF ARNEL GONZALVO
(DOE 14)

21

Pursuant to Rule 41(a)(1)(A)(i) and according to the terms of a Confidential Settlement

22

Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing

23

Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration

24

No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute

25

or to make the motion picture available for distribution to the public, except pursuant to a lawful

26

written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Criminal* in

STIPULATION OF DISMISSAL
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P07 VDMISS - Doe 14

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintif*

VOLUNTARY DISMISSAL - 2
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P07 VDMISS - Doe 14

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301