THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OSAMU MOTOBA, et. al, <br><br> Defendants. | No. 2:16-cv-01351 RAJ <br><br> NOTICE OF APPEARANCE |

**TO:** CLERK OF THE COURT

**AND TO:** ALL PARTIES

PLEASE TAKE NOTICE that Joan K. Mell of III Branches Law, PLLC, appears as attorney for Defendant David Cummins in the above entitled action.

Said appearance is without waiver of any defenses including, without limitation, the defenses of:

1. Lack of Jurisdiction of Subject Matter;

2. Lack of Jurisdiction over the Person;

3. Improper Venue;

NOTICE OF APPEARANCE
No. 2:16-cv-01351 RAJ - 1 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

4. Insufficiency of Process;

5. Insufficiency of Service of Process;

6. Failure to State a Claim upon which Relief may be Granted; and,

7. Failure to Join a Party.

**YOU ARE FURTHER NOTIFIED** that all further papers and pleadings herein, except original process, shall be served upon the undersigned attorney at the address stated below.

Joan K. Mell
III Branches Law, PLLC
1019 Regents Boulevard, Suite 204
Fircrest, Washington 98466
Telephone: (253)-566-2510
Facsimile: (281)-664-4643
Email: joan@3brancheslaw.com

Dated this 27th day of December, 2016 at Fircrest, WA.

III Branches Law, PLLC

_____
Joan K. Mell, WSBA #21319
Attorney for David Cummins

NOTICE OF APPEARANCE
No. 2:16-cv-01351 RAJ - 2 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

# CERTIFICATE OF SERVICE

I, Joseph Fonseca, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On December 27, 2016, I electronically filed the above Notice of Appearance, with the Clerk of the Court using the PACER/ECF system and served via Email to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| David A. Lowe<br>Lowe Graham Jones<br>701 5th Avenue, Ste. 4800<br>Seattle, WA 98104-7009<br>lowe@lowegrahamjones.com<br>ph: 206-381-3300 | ■ Email |

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 27th, day of December, 2016 at Fircrest, Washington.

_____
Joseph Fonseca, Paralegal

NOTICE OF APPEARANCE
No. 2:16-cv-01351 RAJ - 3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph