Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OSAMU MOTOBA, an individual; <br> SARAH LARSON, an individual; <br> HAIJING HONG, an individual; <br> LISA SCHEXNAYDER, an individual; <br> OLASUNKANMI OLADEJI, an individual; <br> ADAM WINTER, an individual; <br> DARYL HAM, an individual; <br> DAVE CUMMINS, an individual; and <br> LIAM MCDONALD, an individual, <br><br> Defendants. | Civil Action No. 16-cv-1351RAJ <br><br> VOLUNTARY DISMISSAL OF HAIJING HONG (DOE 4) AND LISA SCHEXNAYDER (DOE 5) |

The Internet Service Provider was unable to provide subscriber identification information in response to the subpoena issued pursuant to the Court's Order Granting Expedited Discovery or Plaintiff has otherwise been unable to identify the responsible party via the subscriber identification provided by the Internet Service Provider. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Defendant(s) without prejudice.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P10 VDMISS - Does 4, 5

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301