Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>              Plaintiff,<br><br>    vs.<br><br>OSAMU MOTOBA (1), et al,<br><br>              Defendant. | No.  16-cv-1351-RAJ (1)<br><br>NOTICE OF APPEARANCE FOR OSAMU MOTODA |

PLEASE TAKE NOTICE that Defendant OSAMU MOTODA[1], hereby appears in the above-entitled action by and through undersigned counsel, without waiving any defenses or objections that may exist pursuant to Federal Rules of Civil Procedure 4, 8, or 12.  Defendant Motoda requests that all further pleadings and papers, except original process, be served upon undersigned counsel at the address stated below.

---

[1] Defendant's last name is incorrectly captioned. The correct spelling is Motada, as referenced in the body of this Notice.

NOTICE OF APPEARANCE - 1
16-cv-1351-RAJ (1)

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1 | Respectfully submitted this 25th day of January, 2017.

By: *s/* J. Christopher Lynch
J. Christopher Lynch, WSBA#17462
Lee & Hayes, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Phone: (509) 944-4792
Fax (509) 323-8979
Email: chris@leehayes.com

Attorney for Defendant Motoda

NOTICE OF APPEARANCE - 2
16-cv-1351-RAJ (1)

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January 2017, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Allen Lowe
lowe@lowegrahamjones.com

                                                                                      By: *s/*J. Christopher Lynch
                                                                                       J. Christopher Lynch, WSBA#17462
Lee & Hayes, PLLC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Phone: (509) 944-4792
Fax (509) 323-8979
Email:   chris@leehayes.com

Attorney for Defendant Motoda

NOTICE OF APPEARANCE - 3
16-cv-1351-RAJ (1)

LEE & HAYES, PLLC
601 West Riverside Ave., Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979