AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CRIMINAL PRODUCTIONS, INC.

*Plaintiff(s)*

v.

MOTOBA ET AL.

*Defendant(s)*

Civil Action No. 16-cv-1351RAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liam McDonald
2617 N. Orchard St.
Tacoma, WA 98407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Lowe
Lowe Graham Jones
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/6/2017

*Signature of Clerk or Deputy*

Case 2:16-cv-01351-RAJ   Document 20-9   Filed 01/06/17   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-1351RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Liam Mcdonald**
was received by me on *(date)* **1/10/17**.

☒ I personally served the summons on the individual at *(place)* **2617 N Orchard St., Tacoma WA 98407** on *(date)* **1/24/17**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **40.00** for services, for a total of $ **40.00**.

I declare under penalty of perjury that this information is true.

Date: **1/30/17**

*Server's signature*

**Bruce Schmidt**
*Printed name and title*

**14973 Interurban Ave S Suite 201
Tukwila WA 98168**
*Server's address*

Additional information regarding attempted service, etc:

**Description: 30+, Male, Caucasian, 5'9, 180lbs, brown hair, no glasses**