Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>OSAMU MOTOBA, an individual;<br>SARAH LARSON, an individual;<br>OLASUNKANMI OLADEJI, an individual;<br>ADAM WINTER, an individual;<br>DARYL HAM, an individual;<br>DAVE CUMMINS, an individual; and<br>LIAM MCDONALD, an individual,<br><br>              Defendants. | Civil Action No. 16-cv-1351RAJ<br><br>VOLUNTARY DISMISSAL OF OSAMU MOTOBA (DOE 1) AND OLASUNKANMI OLADEJI (DOE 6) |

The Internet Service Provider was unable to provide subscriber identification information in response to the subpoena issued pursuant to the Court's Order Granting Expedited Discovery or Plaintiff has otherwise been unable to identify the responsible party via the subscriber identification provided by the Internet Service Provider. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Defendant(s) without prejudice.

    s/ David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
    LOWE GRAHAM JONES^PLLC
    701 Fifth Avenue, Suite 4800
    Seattle, WA 98104
    T: 206.381.3300

Attorneys for Plaintiff

VOLUNTARY DISMISSAL
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P12 VDMISS - Does 1, 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301