Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SARAH LARSON, an individual;<br>ADAM WINTER, an individual;<br>DARYL HAM, an individual; and<br>LIAM MCDONALD, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1351RAJ<br><br>[PROPOSED] ORDER GRANTING LEAVE FOR ALTERNATIVE MAIL SERVICE ON ADAM WINTER |

This matter comes before the Court on Plaintiff's Motion to Permit Alternative Mail Service of Defendant Adam Winter. Because Plaintiff is unable, after repeated and reasonable efforts, to personally serve the summons and complaint on Defendant, good cause is shown to allow service by U.S. Mail or other means with similar indicia of commercially accepted reliability. Accordingly, Plaintiff's motion is GRANTED.

DATED this ___ day of _____, 2017.

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING LEAVE FOR ALTERNATIVE MAIL SERVICE - 1
Civil Action No. 16-cv-1351RAJ
INIP-6-0052P13 ORDALTService - Doe 9

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

Presented by:

s/David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING LEAVE FOR
ALTERNATIVE MAIL SERVICE - 2

Civil Action No. 16-cv-1351RAJ

INIP-6-0052P13 ORDALTService - Doe 9

LOWE GRAHAM JONES<sub>PLLC</sub>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, and for those who have not appeared and are not subject to default, via U.S. Mail.

s/ David A. Lowe

[PROPOSED] ORDER GRANTING LEAVE FOR ALTERNATIVE MAIL SERVICE - 3

Civil Action No. 16-cv-1351RAJ

INIP-6-0052P13 ORDALTService - Doe 9

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301